# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CLAIRESSA CRUYS

VERSUS

PROGRESSIVE PALOVERDE
INSURANCE COMPANY, ESURANCE
INSURANCE COMPANY, CARMEN
NEVAREZ, HARBOR FREIGHT
TOOLS USA, INC., AND ABC
INSURANCE CO.

NO.  2026 CW 0487

**JUNE 1, 2026**

---

In Re:     Safety National Casualty Corporation, applying for
           supervisory writs, 16th Judicial District Court, Parish
           of St. Mary, No. 136,036.

---

BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.

    **WRIT NOT CONSIDERED.** An application for supervisory writs must be filed within thirty days of the ruling at issue. See Rule 4-3, Uniform Rules of Louisiana Courts of Appeal. A district court has no authority to grant a delay for filing an application for supervisory writs once the 30-day period from the ruling at issue has expired. See **Watts v. Dorignac**, 95-2285 (La. App. 1st Cir. 4/22/96), 681 So.2d 955 (*per curiam*); **Carter v. Rhea**, 2001-0234 (La. App. 4th Cir. 4/25/01), 785 So.2d 1022, 1024. The rendition of a ruling in open court constitutes notice to all parties under La. Code Civ. art. P. 1914(A) when none of the exceptions listed in La. Code Civ. P. art. 1914(B) apply, even if the judgment is later reduced to writing. **Prepotente v. Williams**, 2024-0906, (La. App. 1st Cir. 2/21/25), 406 So.3d 641, 644. On December 15, 2025, the ruling was rendered in open court, and no written judgment was ordered by the trial court or requested by a party within ten days of the rendition in open court. Relator's notice of intent and writ application were filed more than thirty days after the ruling in open court. Pursuant to La. Code Civ. P. art. 1914, Rule 4-3 of the Uniform Rules of Louisiana Courts of Appeal, and the cited jurisprudence, the writ application is untimely.

    Supplementation of this writ application or an application for rehearing will not be considered. Rules 2-18.7 and 4-9, Uniform Rules of Louisiana Courts of Appeal.

**MRT**
**KEB**
**BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.